IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACEY RASMUSSEN,<br><br>     Plaintiff,<br><br>  vs.<br><br>OMAHA WORLD HERALD COMPANY, a foreign corporation; BH MEDIA GROUP, INC., a foreign corporation; and UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska insurance company;<br><br>     Defendants. | 8:15CV87<br><br>ORDER OF DISMISSAL |

  This matter is before the Court on Plaintiff Stacey Rasmussen's Motion to Dismiss Defendants BH Media Group, Inc. & Omaha World Herald Company without Prejudice (Filing No. 10). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. Defendants BH Media Group, Inc. and Omaha World Herald Company will be dismissed from the above-captioned action without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

  IT IS ORDERED:

  1. Plaintiff Stacey Rasmussen's Motion to Dismiss Defendants BH Media Group, Inc. & Omaha World Herald Company without Prejudice (Filing No. 10) is approved;

  2. Defendants BH Media Group, Inc. and Omaha World Herald Company are dismissed without prejudice;

  3. The Court will not assess costs or attorney's fees; and

4. The Clerk is directed to amend the caption in this case to remove the names of Defendants BH Media Group, Inc. and Omaha World Herald Company.

Dated this 4th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge