# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STACEY RASMUSSEN,** | )<br>) **Case No. 8:15cv87**<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>) **ORDER** |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska insurance company,** | )<br>)<br>)<br>) |
| **Defendant.** | ) |

This case is before the court on the parties' Rule 26(f) Report.  This being an ERISA case, the matter is appropriate for disposition by dispositive motion.  Accordingly,

**IT IS ORDERED:**

1. The defendant shall have until **August 1, 2015,** to file the administrative record and applicable plan documents.

2. The parties shall have until **October 30, 2015,** to file simultaneous motions and briefs in support of their respective motions for summary judgment/motions for trial on the administrative record.

3. The parties shall have until **December 1, 2015,** to file their response briefs to the opposing party's motions.

5. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 26th day of June 2015.

                                                       BY THE COURT:

                                                       s/ F.A. Gossett, III
                                                       United States Magistrate Judge