IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACEY RASMUSSEN,<br><br>                Plaintiff,<br><br>    vs.<br><br>OMAHA WORLD HERALD COMPANY, a foreign corporation; BH MEDIA GROUP, INC., AND a foreign corporation; and UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska insurance company;<br><br>                Defendants. | 8:15CV87<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 27). The Joint Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Parties will pay their own costs. Accordingly,

    IT IS ORDERED:

    1. The Parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 27) is approved;

    2. The above-captioned action is dismissed with prejudice; and

    3. The Court will not assess costs or attorney's fees.

Dated this 16th day of October, 2015

                                                      BY THE COURT:

                                                      s/Laurie Smith Camp
                                                      Chief United States District Judge